B.

## Phelps *ads*. Stafford.

THE Attorney for the Plaintiff had entered the Default, the last July Vacation, before the Rule for pleading had expired, and the Default being entered, he had refused to accept a Plea from the Attorney for the Defendant; who, having shortly thereafter discovered that the Default had been prematurely entered, gave a Notice of a Motion, as of the ensuing October Term, to set it aside, and no Counsel appearing to oppose the Motion on the Part of the Plaintiff, it was granted *of Course.*

The Attorney for the Plaintiff, when the Notice was served, resided in Albany, but happening at the Time to be out of Town, and his Office shut up, and he having not long before expressed an Intention that he probably would remove into the Country, the Attorney for the Defendant had sup-

pofed he had removed, and not finding he had appointed an Agent, the Notice had been affixed up in the Clerk's Office. The Judgment has fince been entered, and Execution taken out againft the Defendant, and Procefs iffued againft the Bail.

*Ordered,* That the whole of the Proceedings, from entering the Default inclufive, be fet afide, and the Cofts to abide the Event of the Suit.